IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF JEFFREY RAY BELDEN, MARIE GASTON, Administratrix and MARIE GASTON, Survivor of JEFFREY RAY BELDEN, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>WARREN PLOEGER, GLEN LEITCH, STEVE ROBERTS, individually and as COUNTY COMMISSIONERS OF BROWN COUNTY, KANSAS, LAMAR SHOEMAKER, individually and as SHERIFF OF BROWN COUNTY, KANSAS, and BRETT HOLLISTER, <br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-2368-JWL-DJW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Warren Ploeger, Glen Leitch, Steve Roberts, County Commissioners of Brown County, Kansas, Lamar Shoemaker and Brett Hollister ("Defendants"), in the above-referenced matter, hereby appeal to the United States Court of Appeals for the Tenth Circuit from a Memorandum and Order denying Defendants' claims for qualified immunity entered in this action on the 17th day of November, 2005.

Pursuant to Fed. R. App. P. 3(e) and 10th Cir. R. 3.3, and 28 USC § 1913, the Defendants will also submit the appropriate fees to the District Court Clerk for the District of Kansas.

452376v1

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By:  s/Michael E. Baker
     MICHAEL E. BAKER, #08182
     WENDELL F. COWAN, #8227

84 Corporate Woods
10801 Mastin, Suite 1000
Overland Park, Kansas 66210-1671
Telephone:    (913) 451-6060
Facsimile:    (913) 451-8879
Email:  mbaker@shb.com
Email:  wcowan@shb.com

ATTORNEYS FOR DEFENDANTS WARREN PLOEGER, GLEN LEITCH, STEVE ROBERTS, COUNTY COMMISSIONERS OF BROWN COUNTY, KANSAS, LAMAR SHOEMAKER AND BRETT HOLLISTER

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st of December, 2005, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filling to the following:

Robert R. Laing, Jr.
12 Corporate Woods
10975 Benson, suite 570
Overland Park, Kansas  66210

ATTORNEY FOR PLAINTIFFS


s/Michael E. Baker
Attorney for Defendants

2

452376v1